| | |
|---|---|
| 1 | Robert Drexler (SBN 119119) |
| 2 | Robert.Drexler@CapstoneLawyers.com<br>Molly DeSario (SBN 230763) |
| 3 | Molly.DeSario@CapstoneLawyers.com<br>Jonathan Lee (SBN 267146) |
| 4 | Jonathan.Lee@CapstoneLawyers.com<br>Capstone Law APC |
| 5 | 1875 Century Park East, Suite 1000<br>Los Angeles, California 90067 |
| 6 | Telephone:   (310) 556-4811<br>Facsimile:    (310) 943-0396 |

Attorneys for Plaintiffs Gerardo Torres
and Tawni Vandagriff

LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletree.com
ARMIG K. KHODANIAN, CA Bar No. 302307
armig.khodanian@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
REXEL USA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO TORRES and TAWNI VANDAGRIFF, individually, and on behalf of other members of the general public similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>REXEL USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.:  1:20-cv-01697-NONE-BAM<br><br>**ORDER RE: JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**ORDER**

Having reviewed the Parties' Joint Stipulation for Leave to File First Amended Complaint and **GOOD CAUSE APPEARING** therefore, the Court orders as follows:

1. Plaintiffs are granted leave to file their proposed First Amended Complaint.
2. Defendant shall have 30 days from the filing of the First Amended Complaint to file its responsive pleading.

IT IS SO ORDERED.

Dated:   **April 9, 2021**             /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE