LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletree.com
DAVID SZWARCSZTEJN, CA Bar No. 272371
david.szwarcsztejn@ogletree.com
ARMIG K. KHODANIAN, CA Bar No. 302307
armig.khodanian@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
REXEL USA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO TORRES and TAWNI VANDAGRIFF, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>REXEL USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01697-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT REXEL USA, INC.'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: October 29, 2020<br>Trial Date:　　　None<br>Magistrate Judge: Hon. Barbara A. McAuliffe |

Case No. 1:20-cv-01697-NONE-BAM
ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME
TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

20cv1697.o.stip.eot
.responsive.pleadin

# ORDER

Good cause appearing therefore and pursuant to the parties' agreement and stipulation, it is hereby ORDERED Defendant's last day to file a responsive pleading to Plaintiffs' First Amended Complaint is extended from May 12, 2021 to May 19, 2021.

IT IS SO ORDERED.

Dated: __**May 17, 2021**__ /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE