UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO TORRES and TAWNI VANDAGRIFF, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REXEL USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01697-ADA-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO OBEY COURT ORDERS<br><br>(Doc. 42) |

Plaintiffs Gerardo Torres and Tawni Vandagriff, individually and on behalf of a putative class, filed the instant wage-and-hour action in the Superior Court for the County of Stanislaus on October 29, 2020. (Docs. 1 and 1-2.) Defendant Rexel USA, Inc., removed the matter to this Court on December 2, 2020. (*Id.*) In July 2022, the parties reported that they had settled the matter in principle and intended to stipulate to remand this matter back to the Superior Court for the County of Stanislaus to seek approval of their class action settlement. (Doc. 38.)

On October 13, 2022, the Court issued findings and recommendations to dismiss this action based on the parties' repeated failures to obey court orders to file the necessary documents to conclude this matter. (Doc. 42.) The findings and recommendations were served on the parties and contained notice that any objections thereto should be filed within fourteen days following

service. (*Id.*)

On October 20, 2022, the parties filed a stipulation to remand this action to the Superior Court of California for the County of Stanislaus. (Doc. 43.) The stipulation remains pending. Thereafter, on October 27, 2022, Plaintiffs filed objections to the findings and recommendations. (Doc. 44.)

Having considered the objections, and in light of the stipulation to remand filed by the parties, the findings and recommendations issued on October 13, 2022, are HEREBY VACATED. (Doc. 42.)

IT IS SO ORDERED.

Dated: __**October 28, 2022**__          /s/ *Barbara A. McAuliffe*  
                                                        UNITED STATES MAGISTRATE JUDGE

2