UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerardo Torres, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Rexel USA, Inc., et al.,<br><br>        Defendants. | No.  1:20-cv-01697-ADA-BAM<br><br>ORDER GRANTING STIPULATION TO REMAND TO STATE COURT<br><br>(ECF No. 46) |

      Plaintiffs filed their initial complaint in this matter on October 29, 2020 in the Superior Court of California for the County of Stanislaus.  (ECF No. 46 at 2.)  On December 2, 2020, Defendants removed the matter to federal court.  (ECF No. 1.)  After participating in two private mediations, the parties reached a settlement in principle on all claims.  (ECF No. 46 at 2.)  As part of the settlement agreement, the parties filed a joint stipulation on January 10, 2023 to remand this matter to state court.  (ECF No. 46.)  The parties further stipulated that, should the state court decline to grant preliminary or final approval of the proposed settlement, Plaintiffs will not oppose removal back to federal court.  (*Id.*)

//

//

//

//

1

Pursuant to the agreement of the parties, and good cause appearing, the Court grants the stipulation and remands the matter to the Superior Court of California for the County of Stanislaus.

IT IS SO ORDERED.

Dated:   January 11, 2023

_____
UNITED STATES DISTRICT JUDGE